UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                      :

GEORGE S. ELGHOSSAIN and MONA C.     :
ELGHOSSAIN,                                        :

                                        :

                  Plaintiffs,         :       21-CV-2162 (PGG) (BCM)

                                        :

               -against-              :

                                        :

BANK AUDI, S.A.L., BANQUE DU LIBAN,    :
JOHN DOES 1–10,                            :

                                        :

              Defendants.        :

                                        :

------------------------------------------------------------ X

## <u>NOTICE OF MOTION TO DISMISS</u>

PLEASE TAKE NOTICE that upon the Declaration of Jeffrey D. Rotenberg, dated June 24, 2022, the exhibits attached thereto, and the accompanying Memorandum of Law in Support of Defendant Bank Audi S.A.L.'s Motion to Dismiss the Plaintiffs' Amended Complaint ("Memorandum"), defendant Bank Audi, S.A.L. (the "Bank"), by and through their attorneys, DLA Piper LLP (US), will move before the Honorable Barbara C. Moses, Magistrate Judge of the United States District Court, Southern District of New York, at 500 Pearl Street, New York, NY 10007, on a date and at a time designated by the Court, for an Order pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint with prejudice and for such other and further relief as the Court deems necessary and proper. The grounds upon which the Bank seeks relief are set forth in detail in the accompanying Memorandum.

Dated: June 24, 2022                              Respectfully submitted,

                                                   **DLA PIPER, LLP (US)**

                                                  By: */s/ Jeffrey D. Rotenberg*
                                                      Jeffrey D. Rotenberg
                                                      Michael D. Manzo
                                                      1251 Avenue of Americas
                                                      New York, NY  10020-1104
                                                      Tel.:  212.335.4500
                                                      Fax.:  212.335.4501
                                                      Jeffrey.Rotenberg@us.dlapiper.com
                                                      Michael.Manzo@us.dlapiper.com

                                                   *Attorneys for Defendant Bank Audi, S.A.L.*