**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
GEORGE S. ELGHOSSAIN, and MONA C.
ELGHOSSAIN,

                     Plaintiffs,

      -against-                                        21 **CIVIL** 2162 (PGG)(BCM)

                                                          **JUDGMENT**

BANK AUDI S.A.L., BANQUE DU LIBAN, and
JOHN AND JANE DOES 1-10,

                     Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 29, 2023, Judge Moses' R&R is adopted in its entirety, and Defendants' motions to dismiss are granted; accordingly, the case is closed.

**Dated:**  New York, New York

       September 29, 2023

                                                            **RUBY J. KRAJICK**
                                                           _____
                                                             **Clerk of Court**

                                **BY:**      *K. Mango*

                                                             _____
                                                             **Deputy Clerk**